ARKWRIGHT MERCHANDISING CORP. ET AL. *v.* UNITED STATES

No. 6363.—Invoices dated London, England, May 1943, etc.
Certified June 1943, etc.
Entered at New York, N. Y., July 12, 1943, etc.
Entry No. 700877, etc.

(Decided September 19, 1946)

*Siegel, Mandell & Davidson* (*Sidney Mandell* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KEEFE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the earthenware and chinaware here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases. Insofar as the appeals relate to all other merchandise they are hereby dismissed.
Judgment will be rendered accordingly.

JOHN WANAMAKER, NEW YORK *v.* UNITED STATES

No. 6364.—Invoices dated London, England, September 2, 1941, etc.
Certified September 2, 1941, etc.
Entered at New York, N. Y., November 21, 1941, etc.
Entry No. 725672/3, etc.

(Decided September 19, 1946)

*Strauss & Hedges* (*Hadley S. King* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. §1402 (c)): *United States* v. *Wm. S. Pitcairn Corp.*, 33 C. C. P. A. 183, C. A. D. 334.
On the undisputed facts, I find export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), to be the proper basis for appraisement of the articles in question, and that such statutory values thereof are the appraised values, less additions made by the importer on entry because of advances in similar cases.